**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

July 14, 2005

CASE NUMBER: **CV 04-01806 PJH**
CASE TITLE: **QAD INC., ET AL-v- MANI SUBRAMANIAN, ET AL**
DATE MANDATE FILED: July 13, 2005

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

                                  Sincerely,

                                  RICHARD W. WIEKING, Clerk

                                  by: s/Felicia Reloba
                                  Case Systems Administrator

Distribution:   CIVIL     -     Counsel of Record

                 CRIMINAL -     Counsel of Record
                                 U.S. Marshal (Copy of Mandate)
                                 U.S. Probation Office

NDC App-16