Richard W. Wieking

Clerk

General Court Number

415.522.2000

August 2, 2005

Santa Clara County Superior Court of CA

191 N. First Street

San Jose, CA 95113

RE:  CV 04-01806 PJH   QAD INC., ET AL-v-MANI SUBRAMANIAN, ET AL

   Your Case Number: (CV 784685)

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted  herewith

are:

   (X)   Certified copies of docket entries

   (X)   Certified copies of Remand Order

   ()   Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

   Sincerely,

   RICHARD W. WIEKING, Clerk

   by: s/Felicia Reloba

   Case Systems Administrator

Enclosures

Copies to counsel of record